# R. W. MILLER v. JOHN BALFOUR.

### APPEAL BY PLAINTIFF FROM THE COURT OF COMMON PLEAS OF BUTLER COUNTY.

Argued October 20, 1890—Decided November 3, 1890.

Where no exceptions were taken to orders entering a peremptory nonsuit and refusing to take the judgment off, assignments of error specifying the orders for error will not bring up the testimony for the plaintiff, and the action of the court below cannot be reviewed.*

Before PAXSON, C. J., STERRETT, GREEN, CLARK, WILLIAMS, McCOLLUM and MITCHELL, JJ.

No. 267 October Term 1889, Sup. Ct.; court below, No. 38 June Term 1889, C. P.

---

* See Bondz v. Penna. Co., ante, 153; Anderson v. Oliver, ante, 156.

. On April 11, 1889, R. W. Balfour brought trespass against John Balfour. ' The defendant pleaded " not guilty, and that the defendant owned the property alleged to be taken."

At the trial on September 26, 1889, an agreement between the parties was minuted, that " if the plaintiff is entitled to recover in the case, the amount or measure of damages would be ten dollars. And defendant admits that he took ten dollars worth of material from the lease, but claims that he had a right to take it."

At the close of the testimony, with the foregoing as a starting point, the court, HAZEN, P. J., on motion of the defendant, entered judgment of nonsuit; no exception. The plaintiff then moved to take off the judgment, which motion was refused; no exception. Thereupon, the plaintiff took this appeal, specifying that the court erred :

1. In entering the judgment of nonsuit.
2. In refusing the motion to take off the judgment.

*Mr. Newton Black* (with him *Mr. Miller* and *Mr. McBride*), for the appellant.

*Mr. James Bredin* and *Mr. Charles McCandless*, for the appellee, were not heard.

PER CURIAM:

Judgment affirmed.